# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

SANDRA G. TIMOTHY, WIFE
OF/AND J. GREG TIMOTHY

NO.   2020 CW 0912

VERSUS

LOUISIANA CVS PHARMACY, LLC,
ET AL

**DECEMBER 21, 2020**

---

In Re:   Louisiana CVS Pharmacy, LLC, applying for supervisory
         writs,   21st   Judicial   District   Court,   Parish   of
         Tangipahoa, No. 2011-0001942.

---

**BEFORE:   WHIPPLE, C.J., WELCH AND CHUTZ, JJ.**

   **WRIT DENIED.**

                              **VGW**
                              **JEW**
                              **WRC**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
  FOR THE COURT